IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERNATIONAL INTERESTS, LP AND KILDARE LLC, | § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. H-11-0580 § |
| MT. HAWLEY INSURANCE COMPANY | § § |
| Defendant. | § § § |

**FINAL JUDGMENT**

Based on the Memorandum and Opinion issued this date granting defendant Mt. Hawley Insurance Company's motion for summary judgment and this court's prior rulings, this case is dismissed, with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on August 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge