IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERNATIONAL INTERESTS, LP AND KILDARE LLC, § § § § Plaintiffs, § § VS. § MT. HAWLEY INSURANCE COMPANY § § Defendant. § § | CIVIL ACTION NO. H-11-0580 |

**FINAL JUDGMENT**

Based on the Memorandum and Opinion issued this date granting defendant Mt. Hawley Insurance Company's motion for summary judgment and this court's prior rulings, this case is dismissed, with prejudice. Each party bears its own costs and fees.

This is a final judgment.

SIGNED on August 29, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge